**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: A.M. | : | No. 60 WM 2023 |
| | : | |
| | : | |
| PETITION OF: C.M., FATHER | : | |
| | | |
| IN THE INTEREST OF: X.S.-M. | : | No. 61 WM 2023 |
| | : | |
| | : | |
| PETITION OF: C.M., FATHER | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2023, the "Petition for Appeal *Nunc Pro Tunc*," treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc,* is DENIED. The "Petition for Allowance to Withdraw" is DISMISSED AS MOOT.